**Appeal Dismissed and Memorandum Opinion filed July 6, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00226-CV

**WESLEY  CLEMENTS, Appellant**

**V.**

**NELWYN  ROBBINS, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CV-0739**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed April 1, 2021. The notice of appeal was filed April 30, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On June 8, 2021, this court ordered appellant to pay the appellate filing fee on or before June 18, 2021 or the appeal would be dismissed. Appellant has not

paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.